IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Estevernico A. Mitchell #207110
Full name and prison number
of plaintiff(s)

v.

CORIZON Medical
Darryl Harrinton
Jackson Hospital
Montgomery Cardiovascular

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

RECEIVED
2017 OCT -6  P 1:02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

CIVIL ACTION NO. 2:17cv-677-WKW
(To be supplied by Clerk of
U.S. District Court)

DEMAND FOR JURY TRIAL

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✗)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:
Plaintiff(s): Estevernico A. Mitchell

Defendant(s) CORIZON Medical, Dr. Bobby Crocker, Mrs. Michelle Copeland

2. Court (if federal court, name the district; if state court, name the county)
Middle District

3. Docket number CV-15-666 / 1160646   Supreme court of ALa.
4. Name of judge to whom case was assigned J.R. Gaines
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) it is Still pending: DISMISSED
6. Approximate date of filing lawsuit 10th month of 2015
7. Approximate date of disposition April 26, 2017

II. PLACE OF PRESENT CONFINEMENT Elmore, Correctional Center

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED STATON Correctional Center

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME  ADDRESS
1. Corizon Medical
2. Montgomery Cardiovascular 273 Winton Blount Loop
3. Jackson Hospital 1725 Pine Street Montgomery
4. Dr. Darryl Harinton 283 Winton Blount
5. Loop, Montgomery, AL.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED May 1, 2013 and, June 1, August, 4 2017

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: May 1, 2013 Defult Stent's was place in me by Dr. Darryl Haminton

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Dr. Darryll Haminton refuse to assist in Correcting the problem that He created

GROUND TWO: Jackson Hospital

SUPPORTING FACTS: The surgery was done at Jackson hospital in May of 2013 since the surgery in 2013 I went to Jackson E.R Over 18 times by Ambulance after the stents had been place in me but never notice that I had life threating injuries because of the fulled stents

GROUND THREE: CORIZON Medical Retaliation toward me for filling the suite against them

SUPPORTING FACTS: On June 1, 2017 I went to Jackson by ambulance were it took four day to stablize me and I was sent back to the prison. On August 4th 2017 I was carried to Staton from Elmore for Chest pains I was not sent out by ambulance until the 7th of August. I was told by a Dr. MADADI PAVAN that I need to have heart surgery, but the Administer of CORIZON Call them and instructed them not to do any surgery, just to stablize me and sent me back to the prison. Dr MADADI ask to sign a consent for surgery; Because no longer will they alowe CORIZON Medical to put them in rist for Medical law suite's and that if I would sign they would call to the prison commissinor to get it aprove which they did.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_Vun this Claim in with the Case I have pending Case No: 2:16-CV-575-MHT Trail by Jury_

*Estevernier C. Mitchell*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _10-3-2017_
(Date)

*Estevernier C. Mitchell*
Signature of plaintiff(s)

4

ESTEVERNICO A. MITCHELL
#207110 A1-60-ME.C.C.
3520 Marion Spillway Rd.
Elmore, AL. 36025

Office of the Clerk
United States District Court
One Church Street, Suite B-110
Montgomery, AL. 36104-4018