IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ESTEVERNICO A. MITCHELL, AIS # 207110, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:17-CV-677-WKW |
| CORIZON MEDICAL, DR. DARRYL HAMILTON, JACKSON HOSPITAL, and MONTGOMERY CARDIOVASCULAR, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On February 7, 2018, the Magistrate Judge entered a Recommendation (Doc. #10) to which no objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 10) is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court.

3. No costs are taxed.

Final judgment will be entered separately.

DONE this 7th day of March, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE